**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**ASHEVILLE DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
|     **Alexander H. Veazey, III** | ) | **Case No.  10-10512** |
| | ) | **Chapter 7** |
|     **Debtor** | ) | |

**TRUSTEE'S REPORT OF DEPOSIT/INVESTMENT OF ESTATE FUNDS**

    Roberts & Stevens, P.A., the duly qualified and acting Trustee herein, respectfully represents:

    1.    Trustee has received $644.00 representing all current funds of the Estate of the above-named Debtor(s).  He has opened an account for the Estate at The Bank of New York Mellon, and deposited the monies so received into that account on December 1, 2010.

    2.    The deposit in said Bank is fully insured by the Federal Deposit Insurance Corporation, an instrumentality of the United States.

    This the 1st day of December, 2010.

                                                   **ROBERTS & STEVENS, P.A., Trustee**

                                                   /s/
                                                   Marjorie R. Mann
                                                   Attorney for the Trustee
                                                   Post Office Box 7647
                                                   Asheville, NC 28802
                                                   (828) 252-6600
                                                   North Carolina State Bar No. 13202

R&S 804978-1